UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RODZIK LAW GROUP, BAU PRINT and MAIL, INC. and CATARACT CONSULTANTS, PA, *individually and on behalf of others similarly situated* <br> Plaintiffs, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD <br> Defendants. | **JUDGMENT** <br><br> No. 7:20-CV-224-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 18, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED, and this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on March 18, 2022, and Copies To:**
Gary E. Mason / Martin A. Ramey / Joel R. Rhine (via CM/ECF Notice of Electronic Filing)
Erica L. Gerson / L. Andrew Watson / Sarah D. Gordon / Alan Evan Schoenfeld (via CM/ECF Notice of Electronic Filing)

March 18, 2022                PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk